```
CLIFTON JERRY HOLIFIELD, II      CREDIT ONE BANK              TOWER LOAN
KAYLA EUBANKS HOLIFIELD          6801 CIMARRON RD             ATTN: BANKRUPTCY
235 ARLINGTON RD                 LAS VEGAS, NV 89113          PO BOX 320001
BEAUMONT, MS 39423                                            FLOWOOD, MS 39232


THOMAS C. ROLLINS, JR.           DISCOVER FINANCIAL           TOYOTA FINANCIAL
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
P.O. BOX 13767                   PO BOX 3025                  PO BOX 259004
JACKSON, MS 39236                NEW ALBANY, OH 43054         PLANO, TX 75025


ALLY FINANCIAL, INC              FORREST GENERAL              US ATTORNEY GENERAL
ATTN: BANKRUPTCY                 PO BOX 16389                 US DEPT OF JUSTICE
PO BOX 380901                    HATTIESBURG, MS 39404        950 PENNSYLVANIA AVENW
BLOOMINGTON, IL 55438                                         WASHINGTON, DC 20530-00


AMERICAN HONDA FINANCE           INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY                 CENTRALIZED INSOLVENCY
PO BOX 168088                    P.O. BOX 7346
IRVING, TX 75016                 PHILADELPHIA, PA 19101-7346


ANIMAL MEDICAL CENTER            INTERNAL REVENUE SERVI
3422 HARDY ST                    C/O US ATTORNEY
HATTIESBURG, MS 39402            501 EAST COURT ST
                                 STE 4.430
                                 JACKSON, MS 39201


CAPITAL ONE                      JPMCB
ATTN: BANKRUPTCY                 MAILCODE LA4-7100
P.O. BOX 30285                   700 KANSAS LANE
SALT LAKE CITY, UT 84130         MONROE, LA 71203


CITIBANK                         PROGRESSIVE LEASING
P.O.BOX 790046                   256 W DATA DR
ST. LOUIS, MO 63179              DRAPER, UT 84020


COMENITY                         SMITH ROUCHON
ATTN: BANKRUPTCY                 SRA
PO BOX 182125                    1456 ELLIS AVE
COLUMBUS, OH 43218               JACKSON, MS 39204


COMMUNITY BANK                   SYNCHRONY BANK
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
1905 COMMUNITY BANK              PO BOX 965060
FLOWOOD, MS 39232                ORLANDO, FL 32896
```