# 2024 Honda TRX420FM1 FourTrax Rancher (4X4)

| | |
|---|---|
| **Vehicle Type** | ATVs |
| **Manufacturer** | Honda |
| **Year** | 2024 |
| **Type** | Utility ATV |
| **Model** | TRX420FM1 FourTrax Rancher (4X4) |
| **Piston Displacement (CCs)** | 420 |
| **Stroke** | 4 |
| **Cylinders** | 1 |
| **Speeds** | Automatic |
| **Manufacturer's Reported Weight** | 615 lbs |



| | Suggested List | Rough Trade-In/Wholesale | Clean Trade-In/Wholesale | Average Retail |
|---|---|---|---|---|
| **BASE PRICE** | $7,099 | $4,085 | $4,695 | $5,880 |
| **TOTAL PRICE** | $7,099 | $4,085 | $4,695 | $5,880 |

## Vehicle Notes
No notes available

## Value Explanations
The values listed are a guide for appraisal purposes only. The values are a reflection of the unit's respective popularity. It may be necessary to adjust listed values to meet market conditions of your area. Used units in above average condition could be worth more than average retail value.

### Suggested List
The manufacturer's (distributor's) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license, tags or insurance.

### Rough Trade-In/Wholesale
This figure reflects the wholesale value of a used unit in need of repairs and refurbishing.

### Clean Trade-In/Wholesale
This figure reflects the clean wholesale value of a clean used unit "ready for resale".

### Average Retail
**(High Book)** This figure reflects the average retail value of a used unit "ready for resale". Units in excellent or prime condition may increase value 10% - 15%.