MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court
Southern District of Mississippi**

In re: CLIFTON JERRY HOLIFIELD, II    Case No.: 25-51074-KMS

KAYLA EUBANKS HOLIFIELD

*Debtor(s)*    Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

American Honda Finance Corp., a

[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> American Honda Finance Corp., through its counsel, hereby states that it is a wholly owned subsidiary of American Honda Motor Co, Inc., which in turn, wholly owned by Honda Motor Co., Ltd.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/25/2025     /s/ Kent D. McPhail

Attorney Signature

Kent D. McPhail    2800
Attorney Name    State Bar Number

P O Box 870
Address

Mobile  AL 36601
City, State, and Zip Code

251-438-2333    kent@mslawyers.law
Telephone Number    Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**