

SO ORDERED,

Judge Katharine Samson
United States Bankruptcy Judge
Date Signed: August 25, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    CLIFTON JERRY HOLIFIELD, II        CASE NO. 25-51074 KMS
    KAYLA EUBANKS HOLIFIELD

    DEBTORS.        CHAPTER 13

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by American Honda Finance Corp. (the "Motion") (Dkt. #20) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##