**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**IN RE:**

| | |
|---|---|
| **CLIFTON JERRY HOLIFIELD, II** | **CASE NO. 25-51074-KMS** |
| **KAYLA EUBANKS HOLIFIELD** | **CHAPTER 13** |
|     **Debtors.** | |

**AMENDED MOTION FOR RELIEF FROM STAY**

**COMES NOW**, American Honda Finance Corp., and moves this Honorable Court for the entry of an order granting it relief from the automatic stay and for grounds would state as follows:

1. The Court has jurisdiction under 28 U.S.C. §1334 and 11 U.S.C. §362.

2. On May 1, 2024, Clifton Holifield ("Debtor") executed and delivered a Retail Installment Contract and Security Agreement ("Contract #1") to Ramey Motors Honda ("Creditor"), for the purchase of a 2024 Honda Rancher 4X4, VIN: 1HFTE4008RJ001643 ("ATV"). By entering Contract #1, the Debtor promised to make total payments of $11,467.20 by remitting 60 consecutive monthly installments of $191.12 beginning May 31, 2024.

3. A true and correct copy of Contract #1 and Certificate of Title evidencing the Creditor's lien on the ATV are attached hereto as Exhibit "A."

4. On May 4, 2024, the Debtor executed and delivered a Retail Installment Sale Contract ("Contract #2") to the Creditor for the purchase of a 2023 Honda Rebel 300 ABS, VIN: MLHNC5355P5601433 ("Motorcycle"). By entering Contract #2, the Debtor promised to make total payments of $8,065.20 by remitting 60 consecutive monthly installments of $134.42 beginning June 3, 2024.

5. A true and correct copy of Contract #2 and Certificate of Title evidencing the Creditor's lien on the Motorcycle are attached hereto as Exhibit "B."

1

2

6. The Debtor, and co-filing spouse, Kayla Eubank Holifield (jointly "Debtors") filed the instant bankruptcy case on July 25, 2025 ("Bankruptcy Case"). The Debtors' Plan proposes to surrender both the ATV and Motorcycle under Section 3.5. [Doc. No. 2]

7. The Debtor has defaulted on Contract #1 by failing to remit timely payments. The Debtor has failed to remit the May 31, 2025 through July 31, 2025 payments due on Contract #1. The total amount past due is $569.48. As of August 15, 2025, the payoff on Contract #1 is $6,971.21.

8. The Debtor has defaulted on Contract #2 by failing to remit timely payments. The Debtor has failed to remit the June 3, 2025 through August 3, 2025 payments due on Contract #2. The total amount past due is $416.70. As of August 15, 2025, the payoff on Contract #2 is $4,907.18.

9. There is no equity in the ATV for the benefit of the Debtor or Debtor's creditors. Creditors have not been offered adequate protection. A true and correct copy of the NADA evidencing the value of the ATV is attached hereto as Exhibit "C."

10. There is no equity in the Motorcycle for the benefit of the Debtor or Debtor's creditors. Creditors have not been offered adequate protection. A true and correct copy of the NADA evidencing the value of the Motorcycle is attached hereto as Exhibit "D."

11. The Creditor seeks relief from the automatic stay to effectuate the surrender of the Vehicle pursuant to the proposed Plan.

12. The Creditor requests this court waive the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(4).

13. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay the Creditor would request that this Honorable Court direct that the stay shall be immediately

lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

14.     The Creditor has had to incur additional expense in order to collect this post-petition debt in the form of attorney fees and costs and requests this Court award the Creditor reasonable Attorney's fees and costs associated with this matter.

**WHEREFORE**, after notice and a hearing, American Honda Finance Corp., requests the entry of an order granting it relief from the automatic stay.

Respectfully submitted this,
  27th  day of August, 2025

/s/ Kent D. McPhail
Kent D. McPhail
MS Bar No. 2800
Attorney for Creditor
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
kent@mslawyers.law

## **CERTIFICATE OF SERVICE**

I, Kent D. McPhail, do hereby certify that I have, on this __27th___ day of August 2025, served a copy of the above and foregoing Amended Motion for Relief from Stay and Exhibits A, B, C and D and Proposed Order to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
*Debtors*
Clifton Jerry Holifield, II
Kayla Eubanks Holifield
235 Arlington Road
Beaumont, Mississippi 39423

ECF FILING NOTIFICATION
*Attorney for Debtors*
Thomas Carl Rollins
P.O. Box
Jackson, Mississippi 39236
trollins@therollinsfirm.com

ECF FILING NOTIFICATION
*Chapter 13 Trustee*
David Rawlings
P.O. Box 566
Hattiesburg, Mississippi 39403
ecfnotices@rawlings13.net

**ECF FILING NOTIFICATION**
*United States Trustee*
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Ustpregion05.ja.ecf@usdoj.gov

/s/ Kent D. McPhail
Kent D. McPhail

4