_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF:<br>  CLIFTON JERRY HOLIFIELD,II<br>  KAYLA EUBANKS HOLIFIELD<br>  235 Arlington Rd<br>  Beaumont, MS  39423 | CHAPTER 13 PROCEEDING<br>25-51074 KMS<br><br>SSN:  XXX-XX-6501 |

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    PERRY COUNTY SCHOOL DISTRICT
    attn: Payroll Dept
    100 B 8TH AVENUE
    NEW AUGUSTA, MS  39462

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net