# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51074    **Case Name:** Clifton Jerry Holifield, II and Kayla Eubanks Holifield

**Set:** 10/14/2025 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #31) - AGREED ORDER SUBMITTED

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) An Agreed Order has been submitted on the Trustee's Objection (Dkt. #31). Confirmation hearing removed. (mcc)