

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Clifton Jerry Holifield, II | Case No. 25-51074-KMS |
| | Kayla Eubanks Holifield, Debtors | CHAPTER 13 |

### AGREED ORDER RESOLVING TRUSTEE'S OBJECTION TO CONFIRMATION

THIS MATTER came before the Court on the Trustee's Objection to Confirmation (DK # 31). The Court, having been advised that the issues raised in the objection have been resolved, and being further advised that the Debtors, the Chapter 13 Trustee, and Community Bank have agreed to the terms set forth herein, finds that the objection may be resolved by agreed order

IT IS THEREFORE ORDERED The Trustee's objection to confirmation (Dk # 31) is hereby resolved. The income issues raised by the Trustee have been addressed to the Trustee's satisfaction. Community Bank has agreed to its treatment in Section 3.1(a) of the Debtors' Chapter 13 Plan. Community Bank shall be paid principal, interest, and arrears during the term of the plan. The issue of whether the loan will be renewed shall be addressed at the end of the plan term. With the resolution of these issues, there remain no outstanding objections by the Trustee or Community Bank to confirmation of the Debtors' plan.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson MS 39236
601-500-5533

AGREED BY:
/s/ Jeff Rawlings
Jeff Rawlings
Attorney for Community Bank

/s/ Brian Wilson
Brian Wilson
Attorney for Chapter 13 Trustee