

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
Date Signed: October 17, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

**IN RE:**

| | |
|---|---|
| **CLIFTON JERRY HOLIFIELD, II** | **CASE NO. 25-51074-KMS** |
| **KAYLA EUBANKS HOLIFIELD** | **CHAPTER 13** |
|     Debtors. | |

### <u>DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY</u>

This matter is before the Court on the Amended Motion of American Honda Finance Corp., for relief from the automatic stay of 11 U.S.C. §362 (Dkt. # 27 ). Movant represented to the Court that it served the Motion in accordance with all applicable rules.   No timely response was filed. Accordingly, the Motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property and the property is abandoned from estate of the Debtors: 2024 Honda Rancher 4X4, VIN: 1HFTE4008RJ001643 ("ATV") and 2023 Honda Rebel 300 ABS, VIN: MLHNC5355P5601433 ("Motorcycle"). Furthermore, Creditor may file amended proofs of claim after liquidation of the ATV and Motorcycle and those claims may be allowed as unsecured deficiency claims.

##END OF ORDER##

PREPARED AND SUBMITTED

/s/ Kent D. McPhail
Kent D. McPhail
MS Bar No.2800
McPhail Sanchez, LLC
126 Government St (36602)
P.O. Box 870
Mobile, Alabama 36601
(251) 438-2333
kent@mslawyers.law