United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51074-KMS
Clifton Jerry Holifield, II  Chapter 13
Kayla Eubanks Holifield
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Oct 17, 2025     Form ID: n031     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clifton Jerry Holifield, II, Kayla Eubanks Holifield, 235 Arlington Rd, Beaumont, MS 39423-2620 |
| 5538489 | + | Animal Medical Center, 3422 Hardy St, Hattiesburg, MS 39402-1501 |
| 5542120 | + | Community Bank of Mississippi, PO Box 265, Laurel, MS 39441-0265 |
| 5538496 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5538488 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 17 2025 19:38:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 5545216 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 17 2025 19:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5554994 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:43:00 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5540803 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:35 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5560961 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:35 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5538487 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 17 2025 19:38:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5558209 | + | Email/Text: feedback@cascadereceivables.com | Oct 17 2025 19:39:00 | CASCADE CAPITAL FUNDING, LLC, c/o Cascade Receivables Management, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 5538490 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 19:43:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5541309 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 19:38:00 | Capital One, N.A., successor by merger to Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5538491 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 19:42:50 | Citibank, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5538492 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 19:38:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5538493 | + | Email/Text: jill.johnson@communitybank.net | Oct 17 2025 19:38:00 | Community Bank, Attn: Bankruptcy, 1905 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: n031 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | Community Bank, Flowood, MS 39232-1220 |
| 5538494 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 19:42:38 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5538497 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 19:38:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5538495 | + | Email/Text: mrdiscen@discover.com | Oct 17 2025 19:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5538498 | + | Email/Text: ebone.woods@usdoj.gov | Oct 17 2025 19:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5559945 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 19:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5545515 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2025 19:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5538499 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2025 19:42:57 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5563797 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:42:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570447 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 19:42:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5538500 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 17 2025 19:38:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5568202 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 19:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5566723 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:42:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5538501 | + | Email/Text: Tracey@sra-inc.net | Oct 17 2025 19:38:00 | Smith Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5568808 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 19:42:50 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5538502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 19:42:57 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5571623 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:49 | Synchrony Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5538503 | | Email/Text: bankruptcy@towerloan.com | Oct 17 2025 19:38:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5572028 | + | Email/Text: bankruptcy@towerloan.com | Oct 17 2025 19:38:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5538504 | ^ | MEBN | Oct 17 2025 19:35:23 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5563830 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 17 2025 19:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5538505 | ^ | MEBN | Oct 17 2025 19:34:58 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5555846 | | Email/Text: EDBKNotices@ecmc.org | Oct 17 2025 19:38:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 34

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: n031 | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Honda Finance Corp. |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5571178 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Kent D. McPhail | on behalf of Creditor American Honda Finance Corp. bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kayla Eubanks Holifield trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Clifton Jerry Holifield  II trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51074−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Clifton Jerry Holifield II<br>aka Clifton J Holifield II<br>235 Arlington Rd<br>Beaumont, MS 39423 | Kayla Eubanks Holifield<br>aka Kayla J Holifield<br>235 Arlington Rd<br>Beaumont, MS 39423 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 17, 2025 (Dkt. # 38 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: October 17, 2025                                                                 Danny L. Miller, Clerk of Court