United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51074-KMS
Clifton Jerry Holifield, II  Chapter 13
Kayla Eubanks Holifield
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

**Recip ID    Recipient Name and Address**
db/jdb    + Clifton Jerry Holifield, II, Kayla Eubanks Holifield, 235 Arlington Rd, Beaumont, MS 39423-2620

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2025    Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

**Name    Email Address**

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

Kent D. McPhail
    on behalf of Creditor American Honda Finance Corp. bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Kayla Eubanks Holifield trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Clifton Jerry Holifield II trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf012 | Total Noticed: 1 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



SO ORDERED,



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT DIVISION

**IN RE:**

| | |
|---|---|
| **CLIFTON JERRY HOLIFIELD, II** | **CASE NO. 25-51074-KMS** |
| **KAYLA EUBANKS HOLIFIELD** | **CHAPTER 13** |
| Debtors. | |

### DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter is before the Court on the Amended Motion of American Honda Finance Corp., for relief from the automatic stay of 11 U.S.C. §362 (Dkt. # 27 ). Movant represented to the Court that it served the Motion in accordance with all applicable rules. No timely response was filed. Accordingly, the Motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property and the property is abandoned from estate of the Debtors: 2024 Honda Rancher 4X4, VIN: 1HFTE4008RJ001643 ("ATV") and 2023 Honda Rebel 300 ABS, VIN: MLHNC5355P5601433 ("Motorcycle"). Furthermore, Creditor may file amended proofs of claim after liquidation of the ATV and Motorcycle and those claims may be allowed as unsecured deficiency claims.

##END OF ORDER##

PREPARED AND SUBMITTED

/s/ Kent D. McPhail
Kent D. McPhail
MS Bar No.2800
McPhail Sanchez, LLC
126 Government St (36602)
P.O. Box 870
Mobile, Alabama 36601
(251) 438-2333
kent@mslawyers.law