___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2025**

___

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
  CLIFTON JERRY HOLIFIELD,II  
  KAYLA EUBANKS HOLIFIELD  
  235 Arlington Rd  
  Beaumont, MS  39423

CHAPTER 13 PROCEEDING:  
25-51074 KMS

SSN:  XXX-XX-6501

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  3 T'S TRUCKING, LLC  
  3959 Hwy 29  
  New Augusta, GA  39462

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE  
  LOCK P.O. BOX 871  
  HATTIESBURG, MS  39403  
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403  
(601) 582-5011  
ecfNotices@rawlings13.net