United States Bankruptcy Court
Southern District of Mississippi

In re:  
Clifton Jerry Holifield, II  
Kayla Eubanks Holifield  
    Debtors

Case No. 25-51074-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Nov 10, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clifton Jerry Holifield, II, Kayla Eubanks Holifield, 235 Arlington Rd, Beaumont, MS 39423-2620 |
| | + | 3T's Trucking, LLC, 3959 Hwy 29, New Augusta, GA 39462-9768 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kent D. McPhail | on behalf of Creditor American Honda Finance Corp. bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kayla Eubanks Holifield trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Clifton Jerry Holifield  II trollins@therollinsfirm.com, |

District/off: 0538-6 | User: mssbad | Page 2 of 2
Date Rcvd: Nov 10, 2025 | Form ID: pdf012 | Total Noticed: 2

    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2025**

___

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 PROCEEDING:
   CLIFTON JERRY HOLIFIELD,II                      25-51074 KMS
   KAYLA EUBANKS HOLIFIELD
   235 Arlington Rd                                       SSN:  XXX-XX-6501
   Beaumont, MS  39423

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   3 T'S TRUCKING, LLC
   3959 Hwy 29
   New Augusta, GA  39462

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net