**HONDA**
Financial
Services

January 6, 2026

David Rawlings
Po Box 566
Hattiesburg, MS  39403-0566

## PROOF OF CLAIM WITHDRAWN

Re:  Clifton Holifield
     Retail Number: 481906530
     2023 Honda Rebel 300 Abs
     VIN:  MLHNC5355P5601433
     Case Number: 2551074

Dear David Rawlings:

American Honda Finance Corporation has withdrawn Proof of Claim Number 27, dated January 6, 2026 in the case number referenced above.

If you have any questions, associates are available to assist you at (866) 716-6444.

Sincerely,

Kelondra S.
**Honda Financial Services**
(866) 716-6444

Honda Financial Services is a DBA of American Honda Finance Corporation