United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51074-KMS |
| Clifton Jerry Holifield, II | Chapter 13 |
| Kayla Eubanks Holifield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: n050 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 08 2026 19:25:00 | American Honda Finance Corporation, ATTN: Kelondra Sumrall, P.O. Box 168088, Irving, TX 75016-8088 |
| 5545216 | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 08 2026 19:25:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Kent D. McPhail | on behalf of Creditor American Honda Finance Corp. bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kayla Eubanks Holifield trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6        User: mssbad        Page 2 of 2
Date Rcvd: Jan 08, 2026        Form ID: n050        Total Noticed: 2

on behalf of Debtor Clifton Jerry Holifield II trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

n050−ntcfilecos (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Case No.: 25−51074−KMS

Clifton Jerry Holifield II  
Kayla Eubanks Holifield  
*Debtor(s)*

**Chapter:** 13

**To:** Kelondra Sumrall

### Notice to File Certificate of Service

On January 6, 2026, you filed a *Withdrawal of Claim* (Dkt. # 49) on behalf of American Honda Finance Corporation (the "Creditor") in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9004−1(c) documents filed with the clerk that require notice must include a Certificate of Service ("Certificate") identifying (i) each person or entity served with the filing; (ii) the date of service; and (iii) the manner of service.

Therefore, **on or before January 22, 2026**, the Creditor must file a Certificate for the above−referenced document providing the information required by Miss. Bankr. L.R. 9004−1(c). Failure to comply with this Notice may result in a hearing to show cause why the above−referenced document should not be stricken or dismissed.

Date: January 8, 2026

Danny L. Miller, Clerk of Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501  
228−563−1790