**Fill in this information to identify the case:**

Debtor 1    Clifton Jerry Holifield

Debtor 2    Kayla J Holifield
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Mississippi

Case number   25-51074

2IILFLDO)RUP10S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Bank of Mississippi      **Court claim no**. (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    6   3   9   1

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2026

**New total payment:**
Principal, interest, and escrow, if any    $ 1054.00

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ✔ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 276.81      New escrow payment: $ 225.81

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ✔ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ✔ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1 ___Clifton  Jerry  Holifield___  Case number *(if known)* ___25-51074___
        First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

     ☐ I am the creditor.

     ✔ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


___s/ Jeff Rawlings___        Date ___2/19/2026___
Signature

Print:    Jeff Rawlings        Title  Attorney for Creditor
        First Name    Middle Name    Last Name

Company    Rawlings & MacInnis, P.A.

Address    PO Box 1789
        Number    Street

        Madison        MS    39130
        City        State    ZIP Code

Contact phone    601-898-1180        Email  jeff@rawlingsmacinnis

| Print | Save As... | Add Attachment | Reset |
|-------|-----------|----------------|-------|

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CLIFTON JERRY HOLIFIELD, JR.
         KAYLA EUBANKS HOLIFIELD                      NO. 25-51074-KMS

## CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Mortgage Payment Change** by first class mail, postage prepaid to Clifton Jerry Holifield, Jr. and Kayla Eubanks Holifield, 235 Arlington Road, Beaumont, MS 39423 and via the ECF notification service to Thomas Carl Rollins, Jr., David Rawlings, and the U.S. Trustee.

        DATED:  February 19, 2026

                                     /s/ Jeff Rawlings
                                     Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

```
Community Bank of Mississippi                          Page     1
1905 Community Bank Way Ste 19
Flowood, MS 39232
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
PROJECTIONS FOR COMING YEAR

```
Clifton Jerry Holifield II
Kayla J Holifield
235 Arlington Rd
Beaumont MS 39423-2620
```

Re:  Loan                                            1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: ..................................................... | | | | 1,572.31 |
| Mar 2026 | 225.81 | 0.00 | | 1,798.12 |
| Apr 2026 | 225.81 | 0.00 | | 2,023.93 |
| May 2026 | 225.81 | 0.00 | | 2,249.74 |
| Jun 2026 | 225.81 | 0.00 | | 2,475.55 |
| Jul 2026 | 225.81 | 2,251.00 | Prop/Wind/Flood | 450.36 |
| Aug 2026 | 225.81 | 0.00 | | 676.17 |
| Sep 2026 | 225.81 | 0.00 | | 901.98 |
| Oct 2026 | 225.81 | 0.00 | | 1,127.79 |
| Nov 2026 | 225.81 | 0.00 | | 1,353.60 |
| Dec 2026 | 225.81 | 463.85 | County Taxes | 1,115.56 |
| Jan 2027 | 225.81 | 0.00 | | 1,341.37 |
| Feb 2027 | 225.81 | 0.00 | | 1,567.18 |
| | 2,709.72 | 2,714.85 | | |

Your projected current escrow balance is 2,091.66. Your projected
starting escrow balance according to this analysis should be 1,572.31.
This means you have a surplus of 519.35. This surplus must be returned
to you unless it is less than $50, in which case we have the additional option
of keeping it and lowering your payments accordingly. For Annual Analysis we
are sending you a check in a separate mailing. For loans being paid off the
payoff will be adjusted by the refund.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 1,054.00 of which
828.19 will be for principal and interest and 225.81 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 649-5770

```
Community Bank of Mississippi                          Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232



Clifton Jerry Holifield II
Kayla J Holifield
235 Arlington Rd
Beaumont MS 39423-2620
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT<br>ACCOUNT HISTORY

```
Re:  Loan                                          1/26/26
```

This is a statement of actual activity in your escrow account from
March 1, 2025 to February 28, 2026. Compare it to the Annual Escrow
Account Disclosure Statement Projections for Coming Year which was sent to
you on January 24, 2025 (another copy is enclosed).
Your monthly mortgage payment for the past year was 1,105.00 of which
828.19 was for principal and interest and 276.81 went into
your escrow account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 1,244.98 |
| Mar 2025 | 239.81 * | 0.00 | | 1,484.79 |
| Apr 2025 | 276.81 | 0.00 | | 1,761.60 |
| May 2025 | 276.81 | 0.00 | | 2,038.41 |
| Jun 2025 | 830.43 * | 2,251.00 * | Prop/Wind/Flood | 617.84 |
| Jul 2025 | 0.00 * | 0.00 | | 617.84 |
| Aug 2025 | 0.00 * | 0.00 | | 617.84 |
| Sep 2025 | 0.00 * | 0.00 | | 617.84 |
| Oct 2025 | 0.00 * | 0.00 | | 617.84 |
| Nov 2025 | 1,107.24 * | 0.00 | | 1,725.08 |
| Dec 2025 | 276.81 | 463.85 * | County Taxes | 1,538.04 |
| Jan 2026 | 276.81 | 225.90 * | Overage Check | 1,588.95 |
| Jan 2026 | 0.00 | 293.45 * | Overage Check | 1,295.50 |
| Feb 2026 | 276.81 | 0.00 | | 1,572.31 |
| | 3,561.53 | 3,234.20 | | |

An asterisk(*) indicates a difference from a previous estimate either in the
date or amount.

Last year, we anticipated that payments from your account would be made during
this period equaling 3,009.62. Under Federal law, your lowest monthly
balance should not have exceeded 501.60 or 1/6 of anticipated payments
from the account, unless your mortgage contract or State law specifies a lower
amount. Under your mortgage contract and State law, your lowest monthly balance
should not have exceeded 501.60.
Your actual lowest monthly balance was greater than 501.60. The items
with an asterisk on your Account History may explain this. If you want further
explanation, please call Bankruptcy Officer at (601) 649-5770

```
Community Bank of Mississippi                        Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232
```

                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                         PROJECTIONS FROM PREVIOUS YEAR


```
Clifton Jerry Holifield II
Kayla J Holifield
235 Arlington Rd
Beaumont MS 39423-2620
```


Re:   Loan                                          1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 1,484.79 |
| Mar 2025 | 276.81 | 0.00 | | 1,761.60 |
| Apr 2025 | 276.81 | 0.00 | | 2,038.41 |
| May 2025 | 276.81 | 0.00 | | 2,315.22 |
| Jun 2025 | 276.81 | 0.00 | | 2,592.03 |
| Jul 2025 | 276.81 | 2,548.00 | Prop/Wind/Flood | 320.84 |
| Aug 2025 | 276.81 | 0.00 | | 597.65 |
| Sep 2025 | 276.81 | 0.00 | | 874.46 |
| Oct 2025 | 276.81 | 0.00 | | 1,151.27 |
| Nov 2025 | 276.81 | 0.00 | | 1,428.08 |
| Dec 2025 | 276.81 | 461.62 | County Taxes | 1,243.27 |
| Jan 2026 | 276.81 | 0.00 | | 1,520.08 |
| Feb 2026 | 276.81 | 0.00 | | 1,796.89 |
| | 3,321.72 | 3,009.62 | | |

Your projected current escrow balance is 1,484.79. Your projected
starting escrow balance according to this analysis should be 1,795.60.
This means you have a shortage of 310.81. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. We have decided to collect the shortage
over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 1,105.00 of which
828.19 will be for principal and interest and 276.81 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 649-5770